UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ALLEN,<br><br>         Plaintiff,<br><br>v.<br><br>ESA MANAGEMENT, LLC dba EXTENDED STAY AMERICA,<br><br>         Defendant. | Case No.: 18-cv-0066-BTM-NLS<br><br>**ORDER REGARDING DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE** |

  On February 9, 2018, Defendant ESA Management, LLC filed a response to this Court's January 16, 2018 order to show cause asking Defendant to provide facts regarding its members' citizenships. (ECF No. 6.) Defendant states that it is comprised of a sole member, Extended Stay America, Inc., which is incorporated in the state of Delaware. Defendant, however, has not provided where Extended Stay America holds its principal place of business. A corporation is a citizen of the state in which it is incorporated as well as the state in which it has a principal place of business. 28 U.S.C. § 1332(c)(1). Because it is unclear where Extended Stay America has its principal place of business, Defendant has not met its burden of establishing diversity jurisdiction. *See Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 403 (9th Cir. 1996) (concluding that in a removed diversity case,

1

18-cv-0066-BTM-NLS

defendants bear the burden of providing the facts to support jurisdiction).

Accordingly, Defendant is ordered to appear at the order to show cause hearing on February 16, 2018 at 11:00 a.m. and provide the Court with the requisite information to establish diversity jurisdiction.

**IT IS SO ORDERED**.

Dated: February 14, 2018

_____
Barry Ted Moskowitz, Chief Judge
United States District Court